No. ——. MARTÍNEZ *v.* SUCESIÓN GONZÁLEZ ET AL.—Apelación procedente de la Corte de Distrito de Arecibo. Moción.

de la parte apelada con la conformidad de la apelante para desestimar la apelación. Resuelta en marzo 27, 1913. Denegada la moción por no constar en forma alguna la fecha de la sentencia dictada por el tribunal inferior y la interposición del recurso contra la misma. Abogado de los apelados: *Sr. Santiago B. Palmer.* Abogado del apelante: *Sr. Antonio Suliveres.*